UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: FIRST AMERICAN OIL COMPANY          BANKRUPTCY CASE NO.

DEBTOR                                      10-80434

**OBJECTION TO MODIFIED CHAPTER 11 PLAN DATED OCTOBER 26, 2010**

**NOW INTO COURT**, through undersigned counsel, comes **CITY OF ALEXANDRIA, LOUISIANA**, which objects to the Debtor's Modified Chapter 11 Plan as follows:

1.

The City of Alexandria has filed a Proof of Claim in the amount of $15,000.00.

2.

The City shows that money is owed for ad valorem property taxes and further shows that the property was sold at tax sale and has not been redeemed.

3.

The Chapter 11 Plan proposes to redeem the property over time and redemption in installment payments is not permitted under applicable state law and city ordinances.

4.

The City of Alexandria objects to the plan and any attempt to redeem the properties over time.

5.

Further, the plan fails to provide for payment of current property taxes should the properties be redeemed.

**WHEREFORE, CITY OF ALEXANDRIA, LOUISIANA PRAYS,** that these objections be deemed good and sufficient and that confirmation of the proposed Modified Chapter 11 Plan be denied.

Respectfully submitted,

**WHEELIS & ROZANSKI**

By: /s/ Stephen D. Wheelis
    Stephen D. Wheelis #17205
    Richard A. Rozanski #22583
    Ryan C. Robison #30695
    P. O. Box 13199
    Alexandria, LA 71315-3199
    (318) 445-5600

**ATTORNEYS FOR CITY OF ALEXANDRIA, LOUISIANA**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Objection to Modified Chapter 11 Plan has been served upon Debtor, First American Oil Company, 1701 Lee Street, Alexandria, LA 71301, Thomas R. Willson, P. O. Drawer 1630, Alexandria, LA 71309-1630, Office of U. S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101 by placing a copy of same in the United States mail postage prepaid.

Alexandria, Louisiana this 1st day of December, 2010.

/s/ Stephen D. Wheelis
OF COUNSEL